GILES, APPELLEE, *v.* SIMONDS; CINCINNATI INSURANCE COMPANIES, APPELLANT.

[Cite as *Giles v. Simonds,* 101 Ohio St.3d 1246, 2004-Ohio-1620.]

(No. 2003–0796—Submitted March 15, 2004—Decided April 14, 2004.)

{¶ 1} The motion for reconsideration of the entry of January 21, 2004, found at 101 Ohio St.3d 1420, 2004-Ohio-123, 802 N.E.2d 152, is denied.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

LUNDBERG STRATTON, J., concurs separately.

---

**LUNDBERG STRATTON, J., concurring.**

{¶ 2} I concur with the decision to deny reconsideration. However, as I stated in my concurring opinion in *Fish v. Ohio Cas. Ins. Co.,* 101 Ohio St.3d 1210, 2004-Ohio-224, 802 N.E.2d 149, I believe that *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256, applies to all pending cases where a claim has been raised under *Scott–Pontzer v. Liberty Mut. Fire Ins. Co.* (1999),

85 Ohio St.3d 660, 710 N.E.2d 1116. Here, the appellate court has remanded the case to the trial court for further proceedings. The proceedings on remand should include application of *Galatis*.

---

Leonard Z. Alpert, P.C., and Leonard Z. Alpert; Aronson, Fineman & Davis Co., L.P.A., and Troy D. Barnett, for appellee.

Davis & Young and Dennis R. Fogarty, for appellant.